CAUSE NO

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 09 2015

8357901

Abel Acosta, Clerk

People of The state of Texas

VS

Anthony Pendleton

In The supreme court of
The state of Texas

NO

(To be supplid by The court)

Petition for writ of Habeas cordus

To the Honorable JuDges of the Texas supreme Court:

Comes NOW Anthony Pendleton, In the above-entiled & Indictment No & moves the court to grant Writ of Habeas & in support of motion shows:

I

Anthony Pendleton here in after Petitioner is illegally Restrained & confined at Jim Rudd unit By The Texas Department of Criminal Justice, By the Director of correction of said TDCJ. Here in after Respondent

II

Petitioner was Initially May, 2010 & Recvened 4 years Probation. Petitioner was on AP Probation & was arrested Agoin on October 15, 2014, October 30, 2014 Petitioner Accepted 2 years TDCJ Time Petitioner DiD not waive Any credits or Agree to waive Any.

## III

Petitioner contends he's ILLegally restrained by TDcJ Based on the Fact that he was not given credit for time served on Probation by extending his incarceration Past his date for Parole & Discharge. Petitioner Hereby contends He's entitled to A credit of 48 months against his 24 months. This would also Leave Petitioner eligible for Parole & short wave

## IV

Petitioner Hereby states the Due Process clause of the 5th Amendment to The U.S. constion & the Due Process & Equal Protection clauses Pronibilty

## V

### Prayer

Wherefore Petitioner Prayer The court agree Petioners Rights, order The superior court & TDCJ To Apply the Time credits Requested

Respectfully
Anthony Pendleton